IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BRANDON HAND,** § | | |
| **TDCJ No. 01361647,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 7:25-cv-060-O |
| § | | |
| **T-MOBILE, et al.,** § | | |
| § | | |
| **Defendants.** § | | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **18th day** of **June 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE